used to support the complaint of a party who deliberately stays away from court after having been duly notified to be present. If this argument of the defendants were to be sustained, it would mean that a party litigant could monkey-wrench the machinery of justice through the simple expedient of ignoring all processes issuing under the direction and authority of the Courts."

Judgment affirmed.

Mr. Justice COHEN concurs in the result.

## Windisch v. Babcock & Wilcox Co., Appellant.

Argued October 4, 1963. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused December 10, 1963.

*Oran W. Panner,* with him *Bradshaw & Panner,* for appellant.

*John D. Ray,* with him *Ray & Good,* for appellee.

OPINION PER CURIAM, November 12, 1963:
The Court being equally divided, judgment is affirmed.

Izzi *v.* Philadelphia Transportation Company, Appellant.

